1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorney for Plaintiff
   J & J Sports Productions, Inc.

7

FILED

2008 FEB 19  P 1:59

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ADR

E-FILING

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C08  00998  RS

| J & J Sports Productions, Inc.,                              | Case No. _____          |
|--------------------------------------------------------------|-----------------------------------|
| Plaintiff,                                                   | CERTIFICATION AS TO               |
|                                                              | INTERESTED PARTIES                |
| vs.                                                          |                                   |
| Salvador Medinarios, individually and d/b/a The Derby,       |                                   |
| Defendants.                                                  |                                   |

The undersigned, counsel of record for Plaintiff, J & J Sports Productions, Inc., certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

///
///
///
///
///
///
///
///
///

Page 1

**PARTIES**

*Plaintiff, J & J Sports Productions, Inc.*

Attorneys for Plaintiff, J & J Sports Productions, Inc.
Thomas P. Riley, Esquire
Law Offices of Thomas P. Riley, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
(626) 799-9797

*Defendant, Salvador Medinarios, individually and d/b/a The Derby*

399 N. 13th Street
Santa Clara, CA 95112

Dated: 2/18/08

LAW OFFICE OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorney of Record for
J & J Sports Productions, Inc.

///
///
///
///
///