UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

_____

www.cand.uscourts.gov

Richard W. Wieking                                                                                    General Court Number
Clerk                                                                                                              408.535.5364


April 25, 2008

**CASE NUMBER:  CV 08-00998 RS**
**CASE TITLE:  J&J SPORTS PRODUCTIONS, INC.,-v-SALVADOR MEDINARIOS, ET AL.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case reassigned to the **Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 04/25/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                                                                                    Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                                   Special Projects
Log Book Noted                                                              Entered in Computer 04/25/08 tsh


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                                  Transferor CSA