| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*<br>**THOMAS P. RILEY, ESQ., Bar No.: 194706**<br>**THOMAS P. RILEY, LAW OFFICES OF**<br>**1114 FREMONT AVENUE**<br>**SOUTH PASADENA, CA 91030** | | TELEPHONE NO.<br>**(626) 799-9797** | | FOR COURT USE ONLY |
|---|---|---|---|---|
| | | **tprlaw@att.net** | | |
| | | Ref. No. or File No. | | |
| ATTORNEY FOR *(Name)*    **PLAINTIFF** | | **THE DERBY 2/25/06** | | |

Insert name of court, judicial district or branch court, if any:
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT**
**280 SOUTH FIRST STREET**
**SAN JOSE, CA   95113**

PLAINTIFF/PETITIONER:

**J & J SPORTS PRODUCTIONS, INC.**

DEFENDANT/RESPONDENT:

**MEDINARIOS**

| **PROOF OF SERVICE** | DATE | TIME | DEPT/DIV | CASE NUMBER:<br>**C0800998RS** |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

SUMMONS & COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER DOCUMENTS; WELCOME TO USDC FOR THE NORTHERN DIST. OF CALIF. CLERK'S OFFICE; HEARING SCHEDULES; GENERAL ORDER NO.S' 40, 45, & 53; ECF REG. INFO.; ADR INFORMATION DOCUMENTS

3. a. Party served:                         SALVADOR MEDINARIOS, INDIVIDUALLY AND D/B/A THE DERBY

4. Address where the party was served:      2036 RIDGEMONT DRIVE
                                            SAN JOSE, CA   95148

5. I served the party
   b. **by substituted service.** On:       May 10, 2008 at: 03:50 pm  I left the documents listed in item 2
   with or in the presence of           **GRACIA HERNANDEZ - MOTHER**
   (3) **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.
   under the following Code of Civil Procedure section :
                                            **SERVICE MADE PURSUANT TO FRCP 4(e) (2)**

7. **Person who served papers**
   a. **M. WEEKER**
   b. **ABSOLUTE SERVICE OF LOS ANGELES**
      **1301 WEST SECOND STREET, SUITE 204**
      **LOS ANGELES, CA 90026**
   c. **(213) 481-7334**

d. **The fee** for service was: **$95.00**
e. I am: (3) registered California process server.
   (i) independent contractor
   (ii) Registration No.: **617**
   (iii) County: **SANTA CLARA**

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: **May 19, 2008**

                                                                     M. WEEKER

Judicial Council form POS-010 Rev. 01/01/07          **PROOF OF SERVICE**          10011-Nasgensdo

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.. | | FOR COURT USE ONLY |
|---|---|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706 | | (626) 799-9797 | | |
| THOMAS P. RILEY, LAW OFFICES OF | | | | |
| 1114 FREMONT AVENUE | | tprlaw@att.net | | |
| SOUTH PASADENA, CA 91030 | | Ref. No. or File No. | | |
| ATTORNEY FOR (Name): PLAINTIFF | | THE DERBY 2/25/06 | | |

| Insert name of court, judicial district or branch court, if any: |
|---|
| UNITED STATES DISTRICT COURT |
| NORTHERN DISTRICT |
| 280 SOUTH FIRST STREET |
| SAN JOSE, CA 95113 |

PLAINTIFF

J & J SPORTS PRODUCTIONS, INC.

DEFENDANT:

MEDINARIOS

| DECLARATION RE: DILIGENCE | DATE: | TIME: | DEPT/DIV. | CASE NUMBER |
|---|---|---|---|---|
| | | | | C0800998RS |

I received the within process on May 5, 2008 and that after due and diligent effort I have been unable to personally serve said party. The following itemization of the dates and times of attempts details the efforts made to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Party Served: SALVADOR MEDINARIOS, INDIVIDUALLY AND D/B/A THE DERBY

Residence: 2036 RIDGEMONT DRIVE, SAN JOSE, CA 95148

Business: Business address was not known at the time of service.

As enumerated below:

May 8, 2008  07:15 pm
     NO ANSWER (RESIDENCE).
May 9, 2008  06:25 am
     NO ANSWER (RESIDENCE).
May 9, 2008  01:25 pm
     NO ANSWER (RESIDENCE), NO ACTIVITY.
May 10, 2008  03:49 pm
     NOT HOME (RESIDENCE) PER GRACIA HERNANDEZ, MOTHER, STATED THIS IS THE
     SUBJECT'S MAILING ADDRESS.
May 10, 2008  03:50 pm
     SUBSTITUTED SERVICE. RECIPIENT INSTRUCTED TO DELIVER DOCUMENTS TO DEFENDANT
     AS NAMED.

**Person who served papers**
M. WEEKER
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

**The fee** for service was: $95.00
I am: registered California process server.
    independent contractor
    Registration No.: 617
    County: SANTA CLARA

**I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 19, 2008

M. WEEKER

Judicial Council form POS-010                    **DECLARATION REGARDING DILIGENCE**                    10011-1/asdd

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):<br>**THOMAS P. RILEY, ESQ., Bar No.: 194706**<br>**THOMAS P. RILEY, LAW OFFICES OF**<br>**1114 FREMONT AVENUE**<br>**SOUTH PASADENA, CA  91030**<br>ATTORNEY FOR (Name):  **PLAINTIFF** | TELEPHONE NO.<br>**(626) 799-9797**<br>tprlaw@att.net<br>Ref. No. or File No.<br>**THE DERBY 2/25/06** | FOR COURT USE ONLY |
|---|---|---|

Insert name of court, judicial district or branch court, if any:
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT**
**280 SOUTH FIRST STREET**
**SAN JOSE, CA  95113**

PLAINTIFF/PETITIONER:

**J & J SPORTS PRODUCTIONS, INC.**

DEFENDANT/RESPONDENT:

**MEDINARIOS**

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>**C0800998RS** |
|---|---|---|---|---|

I am a citizen of the United States and employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 1301 West Second Street, Suite 204, Los Angeles, CA 90026.

On **May 12, 2008,** after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

**SUMMONS & COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER DOCUMENTS; WELCOME TO USDC FOR THE NORTHERN DIST. OF CALIF. CLERK'S OFFICE; HEARING SCHEDULES; GENERAL ORDER NO.S' 40, 45, & 53; ECF REG. INFO.; ADR INFORMATION DOCUMENTS**

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

**SALVADOR MEDINARIOS, INDIVIDUALLY AND D/B/A THE DERBY**
**2036 RIDGEMONT DRIVE**
**SAN JOSE, CA 95148**

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at LOS ANGELES, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**Person who served papers**
**M. MANCHESTER**
**ABSOLUTE SERVICE OF LOS ANGELES**
**1301 WEST SECOND STREET, SUITE 204**
**LOS ANGELES, CA 90026**
**(213) 481-7334**

**The fee** for service was: **$95.00**
I am: registered California process server.
    employee
    Registration No.: **5211**
    County: **LOS ANGELES**

**I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: **May 19, 2008**

**M. MANCHESTER**

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

J & J Sports Productions, Inc.

E-FILING

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

**C08  00998**  RS

Salvador Medinarios, individually and d/b/a The
Derby

TO:

Salvador Medinarios
399 N. 13th Street
Santa Clara, CA 95112

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Thomas P. Riley, SBN 194706
Law Offices of Thomas P. Riley, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel:  (626) 799-9797
Fax: (626) 799-9795

an answer to the complaint which is herewith served upon you, within  20     days after service of this summons upon you, exclusive
of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.
You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

FEB 1 9 2008

CLERK

DATE

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

|  | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

● Served Personally upon the Defendant. Place where served: ...............................................................

● Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and .....
discretion then residing therein.
Name of person with whom the summons and complaint were left

● Returned unexecuted:

● Other *(specify):*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____

Date                                          *Signature of Server*

_____

*Address of Server*

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.