**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

June 13, 2008

RE:  CV 08-00998 JF        J&J SPORTS PRODUCTIONS, INC.,-v- SALVADOR MEDINARIOS, ET AL.

Default is entered as to Defendant Salvador Medinarion, individually and d/b/a The Derby on 6/12/2008.

RICHARD W. WIEKING, Clerk

*Gordana Macic* (signature)

by Gordana Macic
Case Systems Administrator

NDC TR-4  Rev. 3/89

1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Ave.
3  South Pasadena, CA 91030

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.

DEFAULT ENTERED
6/12/2008
RICHARD W. WIEKING, CLERK
By_____
Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| J & J Sports Productions, Inc., | Case No. CV 08-0998 RS |
|---|---|
| Plaintiff, | REQUEST TO ENTER DEFAULT |
| vs. | |
| Salvador Medinarios, | |
| Defendant. | |

TO:  THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff, J & J Sports Production, Inc., hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant **Salvador Medinarios, individually and d/b/a The Derby,** on the grounds that said Defendant has failed to appear or otherwise respond to the Summons and Complaint within the time prescribed by the Federal Rules of Civil Procedure.

///
///
///

1  Said Defendant was duly served with the Summons and Complaint, evidenced by
2  the Proofs of Service on file with this Court.
3
4
5
6  Dated: June 11, 2008

/s/ Thomas P. Riley
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Production, Inc.

7
8
9
10 ///
11 ///
12
13 ///
14 ///
15
16 ///
17 ///
18
19 ///
20 ///
21
22 ///
23 ///
24
25 ///
26 ///
27 ///
28