UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, June 13, 2008
**Case Number:** CV-08-998-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:        J & J SPORTS PRODUCTIONS   V.  SALVADOR MEDINARIOS

             PLAINTIFF                              DEFENDANT

Attorneys Present: William Pierce, special appearance        Attorneys Present:

---

PROCEEDINGS:
  Case management conference held. Counsel for plaintiff is present.
  Continued to 7/25/08 at 10:30 a.m. for further case management conference.