**E-filed 7/1/08**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

J & J SPORTS PRODUCTIONS,

    Plaintiff,

     v.

SALVADOR MEDINARIOS, et al.,

    Defendant.
_____

No. C-08-998-JF

Clerks's Notice

To: All Counsel and Parties in the above named action.

The Court has scheduled a hearing date for the Motion for Entry of Default Judgment of Defendant Salvador Medinarios, filed by the Plaintiff on June 27, 2008. The hearing will be scheduled for Friday, September 19, 2008 at 9:00 A.M.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 7/1/08

For the Court,
Richard W. Wieking, Clerk

Diana Munz
electronic signature
Courtroom Deputy