**E-Filed 9/25/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br> Plaintiff, <br> v. <br> SALVADOR MEDINARIOS, et al., <br> Defendants. | Case Number C 08-0998 JF (RS) <br><br> JUDGMENT |

Plaintiff's application for default judgment having been granted, IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiff. IT IS FURTHER ORDERED that Plaintiff is awarded $6,122.50 in damages and, upon submission of a detailed written declaration within fourteen (14) days of this judgment, costs and reasonable attorneys' fees.

The Clerk of the Court shall close the file.

DATED: September 25, 2008

_____
JEREMY FOGEL
United States District Court

Case No. C 08-0998 JF (RS)
JUDGMENT
(JFLC1)

1   This Judgment has been served upon the following persons:

2   Thomas Peter Riley    tprlaw@att.net

3
    Thomas P. Riley
4   Law Offices of Thomas P. Riley, P.C.
    First Library Square
5   1114 Fremont Avenue
    South Pasadena, CA 91030-3227
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 08-0998 JF (RS)
JUDGMENT
(JFLC1)